# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| COREY COLEMAN | CIVIL ACTION NO. 21-0018 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| CALDWELL PARISH PRISON, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 14] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Corey Coleman's lost property claim, as well as his claims against Caldwell Parish Prison and Caldwell Parish Prison Staff, are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 30th day of April, 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE